FILED
Nov 1 ORIGINAL
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------X
DAVID CORNELIO,                    Civil Action Number:
                                   3:02CV2279 (GLG)
         Plaintiff,

    -against-                      DISCLOSURE OF
                                   EXPERT WITNESS
COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,

         Defendants.               November 10, 2003
----------------------------------------X

### PLAINTIFF'S RULE 26 EXPERT DISCLOSURE

Pursuant to Connecticut Federal Rules of Civil Procedure § 26(a)(2), the plaintiff discloses GERARD ABIDOR, D.O., of 435 New Haven Avenue, Derby, CT 06418, as an expert witness. Dr. Abidor will testify that as a result of the motor vehicle accident of September 27, 2001, the plaintiff, DAVID CORNELIO, suffered a residual post traumatic cervical sprain/strain with lower cervical disc degeneration and protrusion and a residual post traumatic thoracolumbar sprain/strain with trigger point, resulting in a 5% whole person impairment as a result of a residual cervical spine injury which equates to a 14% permanent partial region impairment of the cervical spine as a result of his residual sprain and a 5% whole person impairment as a result of a residual thora-columbar sprain which equates to a 7% regional permanent partial impairment of the lumbar spine. Dr. Abidor's opinion will be based upon his treatment and observations of

plaintiff, his review of the plaintiff's medical records, in conjunction with his training, education, and experience as an osteopathic physician. Dr. Abidor's report dated July 11, 2002 is annexed hereto.

THE PLAINTIFF,

BY: _____
Bruce J. Corrigan, Jr.
Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
203.255-1950
203.255.1520 (fax)
Federal Bar Number: CT06918

BY: _____
J. Stacey Yarbrough
Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
203. 255-1950
203.255.1520 (fax)
Federal Bar Number: CT24444

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604

_____
BRUCE J. CORRIGAN, JR.

_____
J. STACEY YARBROUGH

GERARD A. BIDOR, D.O.
ORTHOPAEDIC MEDICINE
OSTEOPATHIC MEDICINE
435 New Haven Avenue
Derby, Connecticut 06418

TELEPHONE: 203.736.0086
FAX: 203.736.0097

# MEDICAL REPORT

MEMBER

AMERICAN ASSOCIATION OF ORTHOPAEDIC MEDICINE
AMERICAN MEDICAL ASSOCIATION
AMERICAN ACADEMY OF DISABILITY EVALUATING PHYSICIANS
AMERICAN COLLEGE OF OCCUPATIONAL AND ENVIRONMENTAL MEDICINE
AMERICAN COLLEGE OF PHYSICIANS

July 11, 2002

RE: David Cornelio
Date of Accident: September 27, 2001
Date of Birth: Aug. 23, 1947

David Cornelio is a 54 year old white male who was involved in a motor vehicle accident sustaining injuries to his neck and back. He was sent for an MRI scan of the cervical spine which was performed on June 15, 2002, which revealed multiple level disc degeneration as well as disc protrusion with foraminal narrowing and a right sided osteophytic spur at C6/7. He has completed his course of physical therapy. He comes in today with a long list of activity of daily living limitations. Most noted is the fact that he is unable to perform usual yard work because of neck pain. He cannot ride his motorcycle without experiencing neck pain. He no longer feels like shopping because of neck pain.

There is no change in the review of systems since the last visit. There is no change in the past, social, or family history since the last visit.

Physical examination reveals the patient is sitting comfortably in no acute distress. Height is 5 feet 9 inches tall, weight 153 pounds. Respirations are 14.

Examination of the musculoskeletal system reveals the patient walks with a normal gait. Range of motion of the cervical spine reveals restricted range of motion in extension, right and left lateral flexion, and flexion.. There is point tenderness palpated in the lower cervical spine with paraspinal muscle guarding as well as right facet tenderness. Spurling's compression test reproduces pain into the right shoulder blade. Range of motion of the lumbar spine reveals restricted range of motion in extension. Point tenderness is palpated at the thoracolumbar region with muscle guarding. There is a four plus right thoracolumbar paraspinal trigger point palpated. The straight leg raise test is negative for radicular signs in both the seated and supine positions. Motor examination of the upper and lower extremities reveals strength to be 5/5 bilaterally.

Neurologic examination reveals the patient is alert, cooperative, and oriented to person, place and time. Cranial nerves II-XII are grossly intact. Deep tendon reflexes are 2/4 at the upper and lower extremities bilaterally. Sensation to light touch is intact along the dermatomes of the upper and lower extremities bilaterally.

ASSESSMENT

1. Residual post traumatic cervical sprain/strain with lower cervical disc degeneration and protrusion.
2. Residual post traumatic thoracolumbar sprain/strain with trigger point.

Re: David Cornelio
2

PLAN:

1. It is my opinion that this patient has reached maximum medical improvement. He does not have any neurological upper extremity signs or symptoms at this time. He may require surgical intervention of the disc complex in the future.

2. It is my opinion that the patient has reached maximum medical improvement regarding the thoracolumbar sprain. He should continue aerobic exercise. During times of exacerbation he could return for physical therapy. He may require soft tissue injection into the trigger point. Given its location, the risk for complications could be high.

IMPAIRMENT:

It is my opinion that this patient has sustained a **5 percent whole person impairment as a result of a residual cervical spine injury which equates to a 14 percent permanent partial regional impairment of the cervical spine** as a result of his residual sprain. It is also my opinion that this patient has sustained a **5 percent whole person impairment as a result of a residual thoracolumbar sprain which equates to a 7 percent regional permanent partial impairment of the lumbar spine.**

It is my opinion within reasonable medical probability that the injuries and impairment sustained by this patient are a result of a motor vehicle accident which occurred on September 27, 2001.

Gerard Abidor, D.O.

Cc:   Attorney Bruce Corrigan
      File