ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 5  9 12 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------------------ x

DAVID CORNELIO,

          Plaintiff,

-against-

COVENANT TRANSPORTATION, INC. and
JOHN P. MARCUM

          Defendants.

------------------------------------------------------------ x

Civil Action Number:
3:02CV2279 (GLG)

**REQUEST FOR EXTENSION OF TIME**

## INTRODUCTION

PRESENTLY BEFORE THE COURT is a motion for an Order extending the end date for discovery, agreed upon by the parties the case scheduling order.

## STATEMENT OF FACTS

On September 27, 2001, the plaintiff in this action allegedly sustained injuries from a motor vehicle accident that occurred on I-95 in Bridgeport. The plaintiff alleges that defendant, John Marcum, made an unsafe lane change into the center lane and collided with the plaintiff's car, thus causing plaintiff to lose control and veer into a Jersey barrier. Defendant Marcum was employed as a driver by defendant Covenant Transportation.

As a result of the collision, plaintiff alleges straightening of the cervical lordosis, cervical and lumbar sprain/strain, headaches, back and neck pain, shock to the nervous system, and permanent disability of the back and neck.

641039.1

This action was commenced by the filing of a Summons and Complaint with the Superior Court of Connecticut, Judicial District of Ansonia/Milford, on or about November 19, 2002.

Pursuant to 28 U.S.C. § 1332, defendants sought removal of the action herein from the state court, and requested that the action be removed to the District Court, pursuant to 28 U.S.C. § 1441.

In accordance with the Federal Rules of Civil Procedure 16(b) and 26(f) and District of Connecticut Local Civil Rule 38, a telephonic conference between counsel was held on February 20, 2003. After consultation, a case management plan was developed, by which all discovery was to be completed by December 31, 2003.

On October 27, 2003, your affirmant wrote to plaintiff's counsel to advise that this office had retained Med Auth, LLC, to designate a physician to conduct an independent medical examination of the plaintiff, David Cornelio. Said examination was to be conducted on November 20, 2003.

By letter of November 12, 2003, plaintiff's counsel advised that, as the plaintiff had recently started a new job, taking time off would be difficult. In an effort to accommodate the plaintiff's schedule, your affirmant agreed to adjourn the medical examination to a mutually convenient date. The designated orthopedist was not available to conduct an examination until after the start of the new year, of which plaintiff's counsel has been made aware.

Additionally, your affirmant is still awaiting authorizations from plaintiff's counsel to obtain Mr. Cornelio's complete medical records from his treating providers. Plaintiff has assured this office by letter of December 29, 2003 that the same are forthcoming.

641039.1

Thus, discovery is not yet complete and the parties respectfully request that the December 31, 2003 deadline be extended to afford a complete exchange of medical discovery, and analysis of the same.

Prior to seeking leave from this Honorable Court, your affirmant conducted a telephonic conference with plaintiff's counsel to discuss making a request for an extension of time in which to complete discovery. Counsel was amenable to your affirmant making such a request.

WHEREFORE, it is respectfully requested that an Order be entered, extending the end date of discovery by ninety (90) days to March 31, 2004.

Dated:    Stamford, Connecticut
          December 30, 2003

By: _____
    Katherine J. Hooper
    WILSON, ELSER, MOSKOWITZ, EDELMAN &
    DICKER LLP
    Attorneys for the Defendant
    Covenant Transportation, Inc. and John P. Marcum
    1 Stamford Plaza
    263 Tresser Boulevard, 9th Floor
    Stamford, CT 06901
    (203) 564-1900
    U.S. Court Number 25299
    HooperK@wemed.com
    File No.: 06516.00022

TO:    Attorney J. Stacey Yarbrough
       The Law Offices of Bruce J. Corrigan, Jr.
       1853 Post Road East
       Westport, CT 06880

641039.1

**ORDER**

The above and foregoing having come before this court, it is hereby:

ORDERED  GRANTED / DENIED

BY THE COURT (            , J.)

_____

ASSISTANT CLERK

641039.1

## CERTIFICATE OF SERVICE

The foregoing Motion for Extension of Time was sent first class mail, postage prepaid, on the 30th day of December, 2003 to:

Attorney J. Stacey Yarbrough
The Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880

Clerk of the Court
United States District Court
District Court of Connecticut
141 Church Street
New Haven, CT 06510

*Katherine J. Hooper*
Katherine J. Hooper
U.S. Court Number CT25299

641039.1