**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X
DAVID CORNELIO,                             :
                                            :
        Plaintiff,                          :        **ORDER**
                                            :
    -against-                               :
                                            :        **3:02 CV 2279 (GLG)**
COVENANT TRANSPORTATION, INC. and           :
JOHN P. MARCUM,                             :
                                            :
        Defendants.                         :
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-X

Defendant's motion [Doc #15], requesting an additional ninety (90) days to March 31, 2004 to complete discovery is **Granted.**

        **SO ORDERED.**

**Dated:   January 7, 2004**
         **Waterbury, CT**                  _____/s/_____
                                            Gerard L. Goettel
                                            U.S.D.J.