UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------  :

DAVID CORNELIO,                              :        *FILED*
     Plaintiff,                            :    MAR 22   2 26 PM '04
                                              :    **PLAINTIFF'S**
                                              :    **MOTION FOR**
                                              :    **EXTENSION OF**
                                              :    **TIME**

   -against-                             :
                                              :        Case No.:
COVENANT TRANSPORTATION, INC. and            :    3:02 CV 2279 (GLG)
JOHN P. MARCUM,                              :
     Defendants.                          :    MARCH 17, 2004
-----------------------------------------------------------------  :

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

### Introduction

PRESENTLY BEFORE THE COURT is a motion for an Order extending the end date for discovery, previously agreed upon by the case scheduling order; and then further extended by this Court upon motion of the defendants.

### Statement of Facts

On September 27, 2001, at approximately 10:50 A.M., the plaintiff was involved in a motor vehicle accident in the westbound lane of Interstate 95, in Bridgeport, Connecticut. The plaintiff alleges that the defendant driver was negligent in several different manners, so as to be actionably negligent and responsible for the injuries he claims to have sustained from said motor vehicle accident. The defendant owner is claimed as a party via vicarious liability, pursuant to Connecticut General Statute to C.G.S. § 52-183.

This action was commenced by the filing of a Summons, Writ, and Complaint with the Superior Court of Connecticut, Judicial District of Ansonia/Milford, on or about November 19, 2002. The case was subsequently removed to this Court by the defendants, pursuant to 28 U.S.C. § 1332 and § 1441.

On or about February 14, 2003, a joint scheduling order was filed in this case, and was subsequently approved by the Court. The scheduling order noted the date of December 31, 2003 as the completion date for discovery. On or about December 30, 2003, the defendants made a Request for Extension of Time for Discovery, which was subsequently granted by this Court. This Court granted said extension through March 31, 2004.

### Subject of Motion

Although the time of the extension previously granted by this Court draws near, a vast amount of discovery in this matter remains outstanding. The plaintiff finds it necessary to request this extension in preparation for trial.

First, the time for the defendants to answer interrogatories has pasted, and the plaintiff is in the process of filing a Motion for Default for Failure to Answer Interrogatories. The plaintiff served interrogatories upon both defendants on February 2, 2004. The defendants' responses were due within thirty (30) days of the service of said interrogatories. As of today's date, neither defendants have answered.

2

Further, although the plaintiff has attempted, twice already, to depose the defendant Marcum, said defendant has yet to appear. The third notice of deposition for the defendant Marcum is currently scheduled for March 26, 2004.

Lastly, the plaintiff has yet to received a copy of the report of the Independent Medical Examination performed on the plaintiff on February 4, 2004, by W. Tracy Schmidt, M.D. Counsel for the defendants has represented that the report has yet to be forward to their offices as of March 16, 2004..

Prior to seeking leave from this Court, plaintiff's counsel conducted a telephonic conference with defendant's counsel to discuss making a motion for an extension of time in which to complete discovery. Defendants' counsel did in fact consent.

WHEREFORE, it is respectfully requested that an Order be entered, extending the end date of discovery by ninety (90) days from the granting of this motion.

Dated: Westport, Connecticut
       March 17, 2004

THE PLAINTIFF, David Cornelio

By _____
J. Stacey Yarbrough
Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
Tel. 203.255.1950
Fed.Bar #:24444

## ORDER

The above and foregoing having come before this court, it is hereby ORDERED:

### GRANTED / DENIED

By the Court (                    ,J.)

_____

## **CERTIFICATION**

The foregoing Motion for Default was mailed, first class U.S. Mail, postage prepaid, on the above date to:

Katherine Hooper, Esq.
Wilson, Elsner, Moskowitz,
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604


Clerk of the Court
United States District Court
District Court of Connecticut
141 Church Street
New Haven, CT 06510


J. STACEY YARBROUGH