**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
DAVID CORNELIO,                :
                               :
        Plaintiff,             :           ORDER
                               :
    -against-                  :
                               :       3:02 CV 2279 (GLG)
COVENANT TRANSPORTATION, INC. and :
JOHN P. MARCUM,                :
                               :
        Defendants.            :
------------------------------X
```

Plaintiff's motion [Doc #17], requesting an additional ninety (90) days to June 29, 2004 to complete discovery is **granted.**

       **SO ORDERED.**

**Dated:   March 26, 2004**
**         Waterbury, CT**                                   /s/
                                                           Gerard L. Goettel
                                                                U.S.D.J.