UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID CORNELIO,

    Plaintiff,

-against-

COVENANT TRANSPORTATION, INC. and JOHN P. MARCUM,

    Defendants.

: Civil Action No.:
: 02-CV-2279 (GLG)
:
: April 6, 2004

## APPEARANCE

To the Clerk of the United States District Court and all parties of record:

Please enter the appearance of the undersigned for and on behalf of the defendants COVENANT TRANSPORTATION, INC. and JOHN P. MARCUM.

Dated:    Stamford, Connecticut
          April 6, 2004

                    Yours, etc.,

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                    By: _____
                    Katherine J. Hooper
                    Attorneys for the Defendants
                    Covenant Transportation, Inc. and John P. Marcum
                    1 Stamford Plaza
                    263 Tresser Boulevard, 9th Floor
                    Stamford, CT 06901
                    (203) 564-1900
                    U.S. Court Number 25299
                    HooperK@wemed.com
                    File No.: 06516.00022

689226.1

## **CERTIFICATION**

It is hereby certified that the above motion for the Appearance of Katherine J. Hooper was mailed to all counsel of record on the 7th day of April, 2004:

TO:  Attorney J. Stacey Yarbrough
  The Law Offices of Bruce J. Corrigan, Jr.
  1853 Post Road East
  Westport, Connecticut 06880

  Clerk of the Court
  United States District Court
  District Court of Connecticut
  141 Church Street
  New Haven, Connecticut 06510

  Katherine J. Hooper
  (U.S. Court No. 25299)

689226.1