UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAY 28, 2004

3:02CV2279 (JCH)        CORNELIO VS. COVENANT

<u>NOTICE TO COUNSEL</u>

      We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Janet C. Hall, United States District Judge, who sits in Bridgeport, CT.  Counsel shall file all future filings with the Office of the Clerk, United States District Court, 915 Lafayette Blvd, Bridgeport, CT.  The initials "JCH" should appear after the case number.

      By Order of the Court

      Kevin F. Rowe, Clerk