UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------
DAVID CORNELIO,
    Plaintiff,

MOTION TO
WITHDRAW

-against-

COVENANT TRANSPORTATION, INC. and
JOHN P. MARCUM,
    Defendants.
-------------------------------------------------------------

Case No.:
3:02 CV 2279 (JCH)

AUGUST 5, 2004

FILED 2004 AUG 11 A 11:50 U.S. DISTRICT COURT

## MOTION TO WITHDRAW

WHEREFORE, it is respectfully requested that an Order be entered, allowing Attorney J. Stacey Yarbrough, Federal Bar Number 24444, to withdraw from the present case. Attorney Yarbrough will be leaving the employment of the Law Offices of Bruce J. Corrigan, effective August 20, 2004.

Further, Attorney Bruce J. Corrigan, Jr. has filed a separate appearance in this file in the past, and will be assuming all control and responsibilities for the present case from this date forward.

Attorney Yarbrough respectfully requests that her appearance be withdrawn

Dated: Westport, Connecticut
       August 5, 2004

By _____
J. Stacey Yarbrough
Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
Tel. 203.255.1950
Fed.Bar #:24444

## **ORDER**

The above and foregoing having come before this court, it is hereby ORDERED:

**GRANTED / DENIED**

By the Court (                    ,J.)

_____

## CERTIFICATION

The foregoing Motion for Default was mailed, first class U.S. Mail, postage prepaid, on the above date to:

Katherine Hooper, Esq.
Wilson, Elsner, Moskowitz,
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Clerk of the Court
United States District Court
District Court of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

J. STACEY YARBROUGH

3