UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------

DAVID CORNELIO,
      Plaintiff,

  -against-

COVENANT TRANSPORTATION, INC. and
JOHN P. MARCUM,
      Defendants.

----------------------------------------------------------------

FILED

2004 SEP 22 P 1:19

U.S. DISTRICT COURT

MOTION FOR
CONTINUANCE

Case No.:
3:02 CV 2279 (JCH)

SEPTEMBER 20, 2004

## MOTION FOR CONTINUANCE

    We respectfully ask that the Court grant a continuance of the call of the Calendar for October 1, 2004 at 9:00 before Judge Janet C. Hall.

    Please be advised that Attorney Bruce J. Corrigan is out of the office recovering from surgery (posterior cervical nerve-decompression at 4 levels and therefore will be unable to attend the 10/1/04 hearing.

    We ask that this matter be continued to November 2004.

Dated: Westport, Connecticut
       September 20, 2004

By _____
Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, CT 06880
Tel. 203.255.1950
Fed.Bar #:24444

### ORDER

The above and foregoing having come before this court, it is hereby ORDERED:

**GRANTED / DENIED**

By the Court (                 ,J.)

_____

## CERTIFICATION

The foregoing Motion for Default was mailed, first class U.S. Mail, postage prepaid, on the above date to:

Katherine Hooper, Esq.
Wilson, Elsner, Moskowitz,
Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604


Clerk of the Court
United States District Court
District Court of Connecticut
915 Lafayette Boulevard
Bridgeport, CT

_____
BRUCE J. CORRIGAN, JR.