FILED

2005 FEB 11 P 12: 25

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
───────────────────────── X
**DAVID CORNELIO,**

        **Plaintiff,**

-against-

**COVENANT TRANSPORTATION, INC.**
**and JOHN P. MARCUM,**

        **Defendants.**
───────────────────────── X

**CIVIL ACTION NUMBER:**
**3:02CV2279** ~~(GLG)~~ JCH

**REQUEST FOR LEAVE TO**
**AMEND COMPLAINT**

**FEBRUARY 9, 2005**

## REQUEST FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15, the Plaintiff in the above entitled action hereby requests permission to amend his Complaint, as per the appended Amended Complaint.

        THE PLAINTIFF

        By_____
        Law Offices of Bruce J. Corrigan, Jr.
        1853 Post Road East
        Westport, Connecticut 06604
        (203) 255-1950
        (203) 255-1520 (fax)
        Federal Bar Number: CT06918

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604

_____
Bruce J. Corrigan, Jr.