UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID CORNELIO          :
   Plaintiff            :
                          :     CIVIL ACTION NO.
v.                      :     3:02-cv-2279 (JCH)
                          :
COVENANT TRANSPORTATION, :     MARCH 15, 2005
ET AL                   :
   Defendants           :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motion(s) which are currently pending:

\_\_\_√\_\_\_ A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 15th day of March, 2005.


                                      /s/ Janet C. Hall_____
                                      Janet C. Hall
                                      United States District Judge