UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X
DAVID CORNELIO,                                           CIVIL ACTION NUMBER:
                                                          3:02CV2279 (GLG)
            Plaintiff,

  -against-                                               REQUEST FOR LEAVE TO
                                                          AMEND COMPLAINT

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,

            Defendants.                                   AUGUST 11, 2005
_____X

### REQUEST FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15, the Plaintiff in the above entitled action hereby requests permission to amend his Complaint, as per the appended Second Amended Complaint (i.e. Paragraphs 5 and 6).

                                THE PLAINTIFF

                                By_____
                                Law Offices of Bruce J. Corrigan, Jr.
                                1853 Post Road East
                                Westport, Connecticut  06604
                                (203) 255-1950
                                (203) 255-1520 (fax)
                                Federal Bar Number: CT06918

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604

                                                  _____
                                                  Bruce J. Corrigan, Jr.