DEC 0 7 2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X
DAVID CORNELIO,

        Plaintiff,

  -against-

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,

        Defendants.
_____X

CIVIL ACTION NUMBER:
3:02CV2279 (GLG) CJCH

REQUEST FOR JUDICIAL NOTICE
OF PLAINTIFF'S LIVE EXPECTANCY

DECEMBER 5, 2005

## REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S LIFE EXPECTANCY

The plaintiff respectfully requests this Court to take judicial notice that the plaintiff, **DAVID CORNELIO**, is 58 years old with a life expectancy of an additional 20.9 years. The basis for this opinion is the 1998 version of the National Vital Statistics Report of the United States, a copy of which is attached hereto.

THE PLAINTIFF

BY:_____
Bruce J. Corrigan, Jr.
1853 Post Road East, Westport, CT 06880
(203) 255-1950/Juris #: 300989
Federal Bar No.: CT06918

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

Michael W. Coffey, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT  06901

                _____
                Bruce J. Corrigan, Jr.

Table 3. Expectation of life at single years of age, by race and sex: United States, 1996

| Age | All races | | | White | | | All other | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | | | Black | | |
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| 0 | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 72.6 | 68.9 | 76.1 | 70.2 | 66.1 | 74.2 |
| 1 | 75.7 | 72.6 | 78.6 | 76.3 | 73.4 | 79.1 | 72.5 | 68.8 | 76.0 | 70.3 | 66.2 | 74.2 |
| 2 | 74.7 | 71.7 | 77.6 | 75.3 | 72.4 | 78.1 | 71.6 | 67.8 | 75.0 | 69.3 | 65.2 | 73.2 |
| 3 | 73.7 | 70.7 | 76.7 | 74.3 | 71.4 | 77.1 | 70.6 | 66.9 | 74.1 | 68.4 | 64.3 | 72.3 |
| 4 | 72.8 | 69.7 | 75.7 | 73.4 | 70.5 | 76.2 | 69.6 | 65.9 | 73.1 | 67.4 | 63.3 | 71.3 |
| 5 | 71.8 | 68.8 | 74.7 | 72.4 | 69.5 | 75.2 | 68.7 | 64.9 | 72.1 | 66.5 | 62.4 | 70.3 |
| 6 | 70.8 | 67.8 | 73.7 | 71.4 | 68.5 | 74.2 | 67.7 | 64.0 | 71.2 | 65.5 | 61.4 | 69.4 |
| 7 | 69.8 | 66.8 | 72.7 | 70.4 | 67.5 | 73.2 | 66.7 | 63.0 | 70.2 | 64.5 | 60.4 | 68.4 |
| 8 | 68.8 | 65.8 | 71.7 | 69.4 | 66.5 | 72.2 | 65.7 | 62.0 | 69.2 | 63.5 | 59.4 | 67.4 |
| 9 | 67.8 | 64.8 | 70.8 | 68.4 | 65.5 | 71.2 | 64.7 | 61.0 | 68.2 | 62.5 | 58.4 | 66.4 |
| 10 | 66.9 | 63.8 | 69.8 | 67.4 | 64.5 | 70.2 | 63.8 | 60.0 | 67.2 | 61.6 | 57.5 | 65.4 |
| 11 | 65.9 | 62.9 | 68.8 | 66.4 | 63.5 | 69.2 | 62.8 | 59.0 | 66.2 | 60.6 | 56.5 | 64.4 |
| 12 | 64.9 | 61.9 | 67.8 | 65.5 | 62.6 | 68.3 | 61.8 | 58.1 | 65.2 | 59.6 | 55.5 | 63.4 |
| 13 | 63.9 | 60.9 | 66.8 | 64.5 | 61.6 | 67.3 | 60.8 | 57.1 | 64.3 | 58.6 | 54.5 | 62.5 |
| 14 | 62.9 | 59.9 | 65.8 | 63.5 | 60.6 | 66.3 | 59.8 | 56.1 | 63.3 | 57.6 | 53.5 | 61.5 |
| 15 | 61.9 | 58.9 | 64.8 | 62.5 | 59.6 | 65.3 | 58.9 | 55.1 | 62.3 | 56.7 | 52.6 | 60.5 |
| 16 | 61.0 | 58.0 | 63.8 | 61.5 | 58.7 | 64.3 | 57.9 | 54.2 | 61.3 | 55.7 | 51.6 | 59.5 |
| 17 | 60.0 | 57.0 | 62.9 | 60.6 | 57.7 | 63.3 | 56.9 | 53.3 | 60.3 | 54.8 | 50.7 | 58.6 |
| 18 | 59.1 | 56.1 | 61.9 | 59.6 | 56.8 | 62.4 | 56.0 | 52.4 | 59.4 | 53.8 | 49.8 | 57.6 |
| 19 | 58.1 | 55.2 | 60.9 | 58.7 | 55.8 | 61.4 | 55.1 | 51.5 | 58.4 | 52.9 | 48.9 | 56.6 |
| 20 | 57.2 | 54.2 | 60.0 | 57.7 | 54.9 | 60.4 | 54.2 | 50.6 | 57.4 | 52.0 | 48.0 | 55.7 |
| 21 | 56.2 | 53.3 | 59.0 | 56.8 | 54.0 | 59.5 | 53.2 | 49.7 | 56.5 | 51.1 | 47.2 | 54.7 |
| 22 | 55.3 | 52.4 | 58.0 | 55.8 | 53.0 | 58.5 | 52.3 | 48.8 | 55.5 | 50.2 | 46.3 | 53.7 |
| 23 | 54.3 | 51.5 | 57.0 | 54.9 | 52.1 | 57.5 | 51.4 | 47.9 | 54.5 | 49.3 | 45.4 | 52.8 |
| 24 | 53.4 | 50.6 | 56.1 | 53.9 | 51.2 | 56.5 | 50.5 | 47.0 | 53.6 | 48.3 | 44.6 | 51.8 |
| 25 | 52.4 | 49.6 | 55.1 | 53.0 | 50.2 | 55.6 | 49.5 | 46.1 | 52.6 | 47.4 | 43.7 | 50.9 |
| 26 | 51.5 | 48.7 | 54.1 | 52.0 | 49.3 | 54.6 | 48.6 | 45.3 | 51.7 | 46.5 | 42.8 | 49.9 |
| 27 | 50.6 | 47.8 | 53.2 | 51.1 | 48.4 | 53.6 | 47.7 | 44.4 | 50.7 | 45.6 | 42.0 | 49.0 |
| 28 | 49.6 | 46.9 | 52.2 | 50.1 | 47.4 | 52.6 | 46.8 | 43.5 | 49.8 | 44.7 | 41.1 | 48.0 |
| 29 | 48.7 | 45.9 | 51.2 | 49.2 | 46.5 | 51.7 | 45.9 | 42.6 | 48.8 | 43.8 | 40.2 | 47.1 |
| 30 | 47.7 | 45.0 | 50.3 | 48.2 | 45.6 | 50.7 | 45.0 | 41.7 | 47.9 | 42.9 | 39.4 | 46.2 |
| 31 | 46.8 | 44.1 | 49.3 | 47.3 | 44.6 | 49.7 | 44.0 | 40.8 | 46.9 | 42.0 | 38.5 | 45.2 |
| 32 | 45.8 | 43.2 | 48.3 | 46.3 | 43.7 | 48.8 | 43.1 | 39.9 | 46.0 | 41.1 | 37.6 | 44.3 |
| 33 | 44.9 | 42.2 | 47.4 | 45.4 | 42.8 | 47.8 | 42.2 | 39.1 | 45.1 | 40.3 | 36.8 | 43.4 |
| 34 | 44.0 | 41.3 | 46.4 | 44.4 | 41.9 | 46.8 | 41.3 | 38.2 | 44.1 | 39.4 | 36.0 | 42.5 |
| 35 | 43.0 | 40.4 | 45.5 | 43.5 | 40.9 | 45.9 | 40.5 | 37.3 | 43.2 | 38.5 | 35.1 | 41.6 |
| 36 | 42.1 | 39.5 | 44.5 | 42.5 | 40.0 | 44.9 | 39.6 | 36.5 | 42.3 | 37.6 | 34.3 | 40.7 |
| 37 | 41.2 | 38.6 | 43.6 | 41.6 | 39.1 | 43.9 | 38.7 | 35.6 | 41.4 | 36.8 | 33.4 | 39.8 |
| 38 | 40.3 | 37.7 | 42.6 | 40.7 | 38.2 | 43.0 | 37.8 | 34.8 | 40.5 | 35.9 | 32.6 | 38.9 |
| 39 | 39.3 | 36.8 | 41.7 | 39.7 | 37.3 | 42.0 | 36.9 | 33.9 | 39.6 | 35.1 | 31.8 | 38.0 |
| 40 | 38.4 | 35.9 | 40.7 | 38.8 | 36.4 | 41.1 | 36.1 | 33.1 | 38.7 | 34.2 | 31.0 | 37.1 |
| 41 | 37.5 | 35.0 | 39.8 | 37.9 | 35.5 | 40.1 | 35.2 | 32.3 | 37.8 | 33.4 | 30.2 | 36.2 |
| 42 | 36.6 | 34.1 | 38.9 | 37.0 | 34.6 | 39.2 | 34.3 | 31.4 | 36.9 | 32.6 | 29.4 | 35.3 |
| 43 | 35.7 | 33.3 | 37.9 | 36.1 | 33.7 | 38.2 | 33.5 | 30.6 | 36.0 | 31.7 | 28.6 | 34.5 |
| 44 | 34.8 | 32.4 | 37.0 | 35.1 | 32.8 | 37.3 | 32.6 | 29.8 | 35.1 | 30.9 | 27.8 | 33.6 |
| 45 | 33.9 | 31.5 | 36.1 | 34.2 | 31.9 | 36.4 | 31.8 | 29.0 | 34.2 | 30.1 | 27.1 | 32.8 |
| 46 | 33.0 | 30.6 | 35.1 | 33.3 | 31.0 | 35.4 | 31.0 | 28.2 | 33.3 | 29.3 | 26.3 | 31.9 |
| 47 | 32.1 | 29.8 | 34.2 | 32.4 | 30.1 | 34.5 | 30.1 | 27.4 | 32.5 | 28.5 | 25.6 | 31.0 |
| 48 | 31.2 | 28.9 | 33.3 | 31.5 | 29.2 | 33.6 | 29.3 | 26.6 | 31.6 | 27.7 | 24.8 | 30.2 |
| 49 | 30.3 | 28.0 | 32.4 | 30.6 | 28.4 | 32.7 | 28.5 | 25.9 | 30.7 | 26.9 | 24.1 | 29.4 |
| 50 | 29.5 | 27.2 | 31.5 | 29.7 | 27.5 | 31.7 | 27.7 | 25.1 | 29.9 | 26.2 | 23.4 | 28.5 |
| 51 | 28.6 | 26.3 | 30.6 | 28.9 | 26.6 | 30.8 | 26.9 | 24.3 | 29.0 | 25.4 | 22.7 | 27.7 |
| 52 | 27.7 | 25.5 | 29.7 | 28.0 | 25.8 | 29.9 | 26.1 | 23.6 | 28.2 | 24.6 | 21.9 | 26.9 |
| 53 | 26.9 | 24.7 | 28.8 | 27.1 | 25.0 | 29.1 | 25.3 | 22.8 | 27.4 | 23.9 | 21.3 | 26.1 |
| 54 | 26.0 | 23.9 | 28.0 | 26.3 | 24.1 | 28.2 | 24.5 | 22.1 | 26.5 | 23.1 | 20.6 | 25.3 |
| 55 | 25.2 | 23.1 | 27.1 | 25.4 | 23.3 | 27.3 | 23.8 | 21.4 | 25.7 | 22.4 | 19.9 | 24.5 |
| 56 | 24.4 | 22.3 | 26.2 | 24.6 | 22.5 | 26.4 | 23.0 | 20.7 | 24.9 | 21.7 | 19.2 | 23.7 |
| 57 | 23.6 | 21.5 | 25.4 | 23.8 | 21.7 | 25.6 | 22.3 | 20.0 | 24.1 | 21.0 | 18.6 | 23.0 |
| 58 | 22.8 | 20.7 | 24.5 | 22.9 | 20.9 | 24.7 | 21.5 | 19.3 | 23.3 | 20.3 | 17.9 | 22.2 |
| 59 | 22.0 | 20.0 | 23.7 | 22.1 | 20.1 | 23.9 | 20.8 | 18.6 | 22.5 | 19.6 | 17.3 | 21.4 |
| 60 | 21.2 | 19.2 | 22.9 | 21.4 | 19.4 | 23.0 | 20.1 | 18.0 | 21.8 | 18.9 | 16.7 | 20.7 |
| 61 | 20.4 | 18.5 | 22.1 | 20.6 | 18.6 | 22.2 | 19.4 | 17.3 | 21.0 | 18.3 | 16.1 | 20.0 |
| 62 | 19.7 | 17.8 | 21.3 | 19.8 | 17.9 | 21.4 | 18.7 | 16.7 | 20.3 | 17.6 | 15.6 | 19.3 |
| 63 | 19.0 | 17.1 | 20.5 | 19.1 | 17.2 | 20.6 | 18.0 | 16.1 | 19.6 | 17.0 | 15.0 | 18.6 |
| 64 | 18.2 | 16.4 | 19.7 | 18.3 | 16.5 | 19.8 | 17.4 | 15.5 | 18.8 | 16.4 | 14.5 | 17.9 |
| 65 | 17.5 | 15.7 | 19.0 | 17.6 | 15.8 | 19.1 | 16.7 | 14.9 | 18.1 | 15.8 | 13.9 | 17.2 |
| 66 | 16.8 | 15.1 | 18.2 | 16.9 | 15.2 | 18.3 | 16.1 | 14.3 | 17.4 | 15.2 | 13.4 | 16.6 |
| 67 | 16.1 | 14.4 | 17.5 | 16.2 | 14.5 | 17.5 | 15.4 | 13.7 | 16.7 | 14.6 | 12.8 | 15.9 |
| 68 | 15.4 | 13.8 | 16.7 | 15.5 | 13.9 | 16.8 | 14.8 | 13.1 | 16.0 | 13.9 | 12.2 | 15.2 |
| 69 | 14.8 | 13.2 | 16.0 | 14.8 | 13.2 | 16.1 | 14.2 | 12.6 | 15.3 | 13.4 | 11.7 | 14.6 |
| 70 | 14.1 | 12.6 | 15.3 | 14.2 | 12.6 | 15.4 | 13.6 | 12.0 | 14.7 | 12.8 | 11.2 | 13.9 |
| 71 | 13.5 | 12.0 | 14.6 | 13.5 | 12.0 | 14.6 | 13.0 | 11.5 | 14.1 | 12.3 | 10.7 | 13.4 |
| 72 | 12.9 | 11.4 | 13.9 | 12.9 | 11.4 | 14.0 | 12.5 | 11.0 | 13.4 | 11.7 | 10.2 | 12.8 |
| 73 | 12.3 | 10.9 | 13.2 | 12.3 | 10.9 | 13.3 | 11.9 | 10.6 | 12.9 | 11.3 | 9.8 | 12.2 |
| 74 | 11.7 | 10.3 | 12.6 | 11.7 | 10.3 | 12.6 | 11.4 | 10.1 | 12.3 | 10.8 | 9.4 | 11.7 |
| 75 | 11.1 | 9.8 | 12.0 | 11.1 | 9.8 | 12.0 | 10.9 | 9.7 | 11.7 | 10.3 | 9.0 | 11.2 |
| 76 | 10.5 | 9.3 | 11.3 | 10.5 | 9.3 | 11.3 | 10.4 | 9.2 | 11.1 | 9.8 | 8.6 | 10.6 |
| 77 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.7 | 9.9 | 8.8 | 10.5 | 9.4 | 8.2 | 10.1 |
| 78 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.1 | 9.4 | 8.3 | 10.0 | 8.9 | 7.7 | 9.5 |
| 79 | 8.9 | 7.8 | 9.5 | 8.9 | 7.8 | 9.5 | 8.9 | 7.9 | 9.4 | 8.4 | 7.3 | 9.0 |
| 80 | 8.4 | 7.3 | 8.9 | 8.3 | 7.3 | 8.9 | 8.4 | 7.5 | 8.9 | 8.0 | 7.0 | 8.5 |
| 81 | 7.9 | 6.9 | 8.4 | 7.8 | 6.9 | 8.4 | 7.9 | 7.1 | 8.4 | 7.5 | 6.6 | 8.0 |
| 82 | 7.4 | 6.5 | 7.8 | 7.3 | 6.4 | 7.8 | 7.5 | 6.7 | 7.9 | 7.1 | 6.2 | 7.5 |
| 83 | 6.9 | 6.1 | 7.3 | 6.9 | 6.0 | 7.3 | 7.1 | 6.4 | 7.4 | 6.7 | 5.9 | 7.1 |
| 84 | 6.5 | 5.7 | 6.8 | 6.4 | 5.7 | 6.8 | 6.7 | 6.1 | 7.0 | 6.3 | 5.6 | 6.6 |
| 85 | 6.1 | 5.4 | 6.4 | 6.0 | 5.3 | 6.3 | 6.3 | 5.7 | 6.6 | 6.0 | 5.3 | 6.2 |