UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X
DAVID CORNELIO,

        Plaintiff,

-against-

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,

        Defendants.
_____X

FILED

CIVIL ACTION NUMBER
3:02CV2279 (GLG) (JCH)

DEFENDANTS'S PROPOSED
FINDINGS OF FACT

DECEMBER 9, 2005

## DEFENDANT'S PROPOSED FINDINGS OF FACT

1. On September 27, 2001 on I-95 Bridgeport, CT at approximately 10:50 a.m. defendant John P. Marcum, was operating a tractor trailer truck owned by defendant Covenant Transport, Inc. in the third lane of I-95. Defendant did not make an unsafe lane change and defendant's operation of the tractor trailer truck was not the cause of plaintiff's vehicle striking the truck operated by defendant and subsequently striking the "Jersey" barrier.

2. The defendants were not negligent in the operation of the motor vehicle.

3. Defendant Covenant Transportation was the employer of defendant Marcum, but was not negligent in hiring/supervising Marcum and therefore may not have any alleged negligence of Marcum imputed to it.

4. The plaintiff did not sustain injuries to the extent claimed by the plaintiff and their medical witness.

5. Dr. W. Tracy Schmidt, a Board Certified Orthopaedist, finds that has only a 5% physical impairment of the cervical and lumbar spines. Dr. Schmidt finds that

1055992.1

plaintiff can perform a moderate degree of employment, consistent with plaintiff's description of his employment, thus there is no loss of employment claim. Dr. Schmidt also finds that at the present time no surgery is required and that any possible future surgery would be a result of aging alone, and not a result of the motor vehicle accident alleged.

THE DEFENDANTS

By /s/ Michael W. Coffey
Michael W. Coffey
Wilson, Elser, Moskowitz, Edelman & Dicker
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
(914) 323-7001 (fax)
Federal Bar Number: 18310

1055992.1

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East
Westport, Connecticut 06604

_____
Michael W. Coffey

1055992.1