AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

CORNELIO
v.
COUENANT

FILED

**EXHIBIT AND WITNESS LIST**

2005 DEC 13 PM 3:21

CASE NUMBER: 3:02CU 2 279JCH

| PRESIDING JUDGE HALL | PLAINTIFF'S ATTORNEY B. CORRIGAN | DEFENDANT'S ATTORNEY M. COFFEY |
|---|---|---|
| TRIAL DATE(S) 12-12-05 | COURT REPORTER FIDANZA | COURTROOM DEPUTY BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12-12-05 | | | David Nichols - 149 Prospect St, Bpt - Trooper |
| ✓ | | " | | | Joya Baker - 33 Foxcroft Rd Enfield Ct |
| ✓ | | " | | | Judy Davidson 227 Sugar St. Newtown Ct |
| ✓ | | 12-22-01 | | | David Cornelio - 21 Chapel St Milford Ct |
| | | | | | |
| | | | | | NO DFT WITNESSES |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages