# United States District Court

DISTRICT OF CONNECTICUT

**EXHIBIT AND WITNESS LIST**

CORNELIO
v.
COVENANT

CASE NUMBER: 3:02CV2279JCT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HALL | B. CORRIGAN | M. COFFEY |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12-12-05 | FIDANZA | BOROSKEY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12-12-05 | | | David Nichols - 149 Prospect St, Bpt - Trooper |
| ✓ | | " | | | Joyce Baker - 33 Foxcroft Rd, Enfield Ct |
| ✓ | | " | | | Judy Davidson 227 Sugar St. Newtown Ct |
| ✓ | | 12-13-05 | | | David Cornelio - 21 Chapel St Milford Ct |
| | | | | | |
| | | | | | NO DFT WITNESSES |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages