FILED

2005 DEC 13 P 12:02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
————————————————X
DAVID CORNELIO,
        Plaintiff

CIVIL ACTION NUMBER:
3:02CV2279 ~~(GLG)~~ (JCH)

PLAINTIFF'S EXHIBIT'S

-against-

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,
        Defendants.

DECEMBER 9, 2005
————————————————X

PLAINTIFF'S EXHIBITS &
DFTS EXHIBITS

all full
12-12-05

1. Police Accident Report G01-494419

2. Photographs of damage to plaintiff's motor vehicle.

3. Life Expectancy Table/Notice.

4. Medical Records and billing statements ($563.09) of Bridgeport Hospital.

5. Medical Records and billing statements ($532.00) of AMR Ambulance.

6. Medical Records and billing statements ($4,510.00) of Dr. Richard Fogel.

7. Medical Records and billing statements ($1,075.00) of Dr. Tedd Weisman, Orthopedic Group.

8. Medical Records and billing statements ($262.93) of Dr. N. Spanolios, Internal Medicine of Milford.

9. Medical Records and billing statements ($5,045.00) of Connecticut Physical Therapy.

*all full*

12/12-05 DC   10.   Medical Records and billing statements ($16,463.00) of Center Rehabilitation & Sports Therapy.

DC   11.   Medical Records and billing statements ($800.00) of Dr. Gerard Abidor, Orthopaedic Medicine Associates.

DC   12.   Medical Records and billing statements ($1,842.80) of Griffin Hospital.

12-12-05 DC   13.   Medical Records and billing statements ($100.00) of Orthopedic Group of MFD/ORG, P.C.

12-12-05 full  14 - DEPO OF MARCOM - IN LIEU OF TESTIMONY

12-12-05 ID  15 - DAMAGE SUMMARY

THE PLAINTIFF

By_____
Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East, Westport, Connecticut 06880
(203) 255-1950/(203) 255-1520 (fax)
Federal Bar Number: CT06918

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

Michael W. Coffey, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901

_____
Bruce J. Corrigan, Jr.

12-12-05 full  DFT'S EX 501 (retained by judge)

2