FILED

2005 DEC 13 P 12: 02

U.S. DISTRICT COURT
BRIDGEPORT CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
─────────────────────────── X
DAVID CORNELIO,
        Plaintiff

CIVIL ACTION NUMBER:
3:02CV2279 (GLG) JCH

PLAINTIFF'S EXHIBIT'S

-against-

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,
        Defendants.
─────────────────────────── X

DECEMBER 9, 2005

**PLAINTIFF'S EXHIBITS**
DFTS EXHIBITS

*all full*

12-12-05 D.N. 1. Police Accident Report G01-494419 (redacted) as full

12-12-05 D.N. 2. Photographs of damage to plaintiff's motor vehicle.

12-12-05 3. Life Expectancy Table/Notice.

12-12-05 4. Medical Records and billing statements ($563.09) of Bridgeport Hospital.

12-12-05 5. Medical Records and billing statements ($532.00) of AMR Ambulance.

12-12-05 D.C. 6. Medical Records and billing statements ($4,510.00) of Dr. Richard Fogel.

D.C. 7. Medical Records and billing statements ($1,075.00) of Dr. Tedd Weisman, Orthopedic Group.

D.C. 8. Medical Records and billing statements ($262.93) of Dr. N. Spanolios, Internal Medicine of Milford.

12-12-05 D.C. 9. Medical Records and billing statements ($5,045.00) of Connecticut Physical Therapy.

Plffs exhibits returned-
Rec by [signature]                    date 12-12-05

*[handwritten left margin: full 12-12-05  DC.]*  10. Medical Records and billing statements ($16,463.00) of Center Rehabilitation & Sports Therapy.

*[handwritten: 12-12-05  DC.]*  11. Medical Records and billing statements ($800.00) of Dr. Gerard Abidor, Orthopaedic Medicine Associates.

*[handwritten: 12-12-05  D.C]*  12. Medical Records and billing statements ($1,842.80) of Griffin Hospital.

*[handwritten: 12-12-05  D.C.]*  13. Medical Records and billing statements ($100.00) of Orthopedic Group of MFD/ORG, P.C.

*[handwritten: full]* 14. DEPOSITION OF JOHN MARCUM - IN LIEU OF TESTIMONY

*[handwritten: ID]* 15 - DAMAGE SUMMARY

THE PLAINTIFF

By _____
Law Offices of Bruce J. Corrigan, Jr.
1853 Post Road East, Westport, Connecticut 06880
(203) 255-1950/(203) 255-1520 (fax)
Federal Bar Number: CT06918

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to:

Michael W. Coffey, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901

_____
Bruce J. Corrigan, Jr.

*[handwritten at bottom: full  Pl.No 501 - (retained by judge)]*

2