UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



2006 FEB -2 A 9: 21

DAVID CORNELIO

v.                                           3:02cv2279JCH

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM

## JUDGMENT

This action came on for a bench trial before the Honorable Janet C. Hall, United States District Judge. On January 31, 2006, a Bench Ruling entered in favor of the plaintiff and against the defendants, Covenant Transportation, Inc. and John P. Marcum, in the amount of $46,000.00 for past and future economic damages, and $90,000.00 for past and future non-economic damages.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, David Cornelio against defendants, Covenant Transportation Inc. and John P. Marcum, on joint and several liability basis in the amount of $136,000.00, and the case is closed.

Dated at Bridgeport this 2nd day of February, 2006.

KEVIN F. ROWE, Clerk

By_____
Deputy Clerk

Entered on Docket_____