**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
_____

| | |
|---|---|
| **DAVID CORNELIO,** | Civil Action Number: |
| | 3:02CV2279 (JCH) |
|        Plaintiff, | |
| | |
|   -against- | MOTION TO RECALCULATE |
| | JUDGMENT |
| **COVENANT TRANSPORTATION, INC.** | |
| **and JOHN P. MARCUM,** | |
| | |
|        Defendants. | FEBRUARY 9, 2006 |

_____


**MOTION TO RECALCULATE JUDGMENT AND FOR ACTION BY THE COURT**
**UPON OFFER OF JUDGMENT INTEREST**

      Pursuant to Practice Book Section 17-18, Connecticut General Statutes Section 52-192a, and Rule 68 of the Federal Rules, the plaintiff, DAVID CORNELIO, requests that the Court add to the Judgment entered on February 2, 2006, in the amount of $136,000, Offer of Judgment Interest as computed pursuant to Connecticut General Statute Section 52-192a(b), as follows:


ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

| | | |
|---|---|---|
| Judgment (entered February 2, 2006) | | $136,000.00 |
| Less Collateral Source Payments: (CGS Sec. 52-225b) | | |
|     Bridgeport Hospital | ($ 563.09) | |
|     AMR Ambulance | ( 532.00) | |
|     Griffin Hospital | (1,842.80) | |
|     Dr. Tedd Weisman | ( 270.00) | |
|     CT Physical Therapy | (2,307.92) | |
|     Dr. Gerald Abidor | ( 169.39) | |
|     Center Rehabilitation & Sports Therapy | (3,180.00) | |
| Plus Health Insurance Premiums paid by Plaintiff (CGS Sec. 52-225a(c)) | 1,009.41 | 7,855.79 |
| | | $128,144.21 |

Return Date of December 24, 2002 to Judgment Entered
On February 2, 2006 = 1,157 days

$128,144.21 x 12% = $15,377.39 per year = $42.13 per diem

| | |
|---|---|
| Offer of Judgment Interest: 1,157 days x $42.13 | $ 48,744.41 |
| Attorney Fees (P.B. Sec. 17-18) | 350.00 |
|                   Total | $ 177,238.62 |

      Accordingly, the plaintiff respectfully requests the Court to enter Judgment in the amount of $177,238.62.

          THE PLAINTIFF,

          BY:_____
           Bruce J. Corrigan, Jr.
           Law Offices of Bruce J. Corrigan, Jr.
           1853 Post Road East
           Westport, CT  06880
           203.255-1950/203.255.1520 (fax)
           Federal Bar Number: CT06918

## ORDER

The foregoing Motion have been heard, is hereby ORDERED:

      GRANTED/DENIED.

      BY THE COURT

      _____
                      Judge

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing, on the aforementioned date, has been sent, via first class mail, postage prepaid to: Wilson, Elser, Moskowitz, Edelman & Dicker, LLP,One Stamford Plaza, 263 Tresser Boulevard,Stamford, CT  069014.

      _____
      BRUCE J. CORRIGAN, JR.

Case 3:02-cv-02279-JCH    Document 56    Filed 02/13/2006    Page 4 of 4