RECEIVED

2006 FEB 13 P 12: 32

CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DAVID CORNELIO,

        Plaintiff,

        -against-

COVENANT TRANSPORTATION, INC.
and JOHN P. MARCUM,

        Defendants.

**Civil Action Number:**
**3:02CV2279 (JCH)**

**MOTION TO RECALCULATE**
**JUDGMENT**

**FEBRUARY 9, 2006**

## MOTION TO RECALCULATE JUDGMENT AND FOR ACTION BY THE COURT
## UPON OFFER OF JUDGMENT INTEREST

Pursuant to Practice Book Section 17-18, Connecticut General Statutes Section

52-192a, and Rule 68 of the Federal Rules, the plaintiff, DAVID CORNELIO, requests

that the Court add to the Judgment entered on February 2, 2006, in the amount of

$136,000, Offer of Judgment Interest as computed pursuant to Connecticut General

Statute Section 52-192a(b), as follows:

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

2006 FEB 15 P
U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Motion denied, without prejudice. The court cannot find out [illegible] docket any offer of judgment. So ordered. See local Rule 68.*